1   Susan St. Vincent
    Acting Legal Officer
2   Matthew McNease
    Acting Legal Officer
3   NATIONAL PARK SERVICE
    Legal Office
4   P.O. Box 517
5   Yosemite, California  95389
    Telephone:  (209) 372-0241
6

7

8

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,            DOCKET NO: 6:14-mj-135-MJS

13              Plaintiff,

14        v.                              **MOTION TO DISMISS; AND
                                          ORDER THEREON**
15   YOUNG HYUK HONG,

16              Defendant.

17

18

19        Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

20   Court endorsed hereon, the United States hereby moves the Court for an order of

21   dismissal without prejudice in the interest of justice, for Count 4 – possession of a

22   controlled substance (Adderall). HONG plead Guilty to Count 1 – speeding, and Count 4

23   - possession of a controlled substance, on December 17, 2014, with a 12 month

24   deferred entry of judgment on Count 4, 12 months of unsupervised probation, and a

25   $600 fine. HONG has fully complied with the terms of his probation.

26   //

27   //

28
                                          1

1    Dated:  December 23, 2015          NATIONAL PARK SERVICE

2

3                                          /S/ Matthew McNease_____
                                          Matthew McNease
4                                          Acting Legal Officer

5

6                                **ORDER**

7

8         Upon application of the United States, and good cause having been shown

9    therefor, IT IS HEREBY ORDERED that Count 4 in the above referenced matter, *United*

10   *States v. Young Hyuk Hong*, 6:14-mj-135-MJS, be dismissed, without prejudice, in the

11   interest of justice.

12
     IT IS SO ORDERED.
13

14   Dated:   December 24, 2015        /s/ *Michael J. Seng*

15                                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28